No. 85–1759.   TEXAS v. ADLEY.   Ct. Crim. App. Tex.   Certiorari denied.

No. 85–1762.   MARYLAND CUP CORP. v. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION.   C. A. 4th Cir.   Certiorari denied.

No. 85–1763.   FLORENCE NIGHTINGALE NURSING HOME v. PERALES, COMMISSIONER OF NEW YORK STATE DEPARTMENT OF SOCIAL SERVICES, ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 85–1778.   UNITED FOOD & COMMERCIAL WORKERS, LOCAL 626 v. KROGER CO.   C. A. 6th Cir.   Certiorari denied.

No. 85–1779.   SYNANON CHURCH v. BERNSTEIN ET AL.   Ct. App. D. C.   Certiorari denied.

No. 85–1782.   DEPAUW v. UNITED STATES INTERNATIONAL TRADE COMMISSION.   C. A. Fed. Cir.   Certiorari denied.

No. 85–1788.   MCCLENDON ET UX. v. SHELBY COUNTY, ALABAMA, ET AL.   Ct. Civ. App. Ala.   Certiorari denied.

No. 85–1789.   WINICKI ET AL. v. MALLARD, PROPERTY APPRAISER OF DUVAL COUNTY, FLORIDA, ET AL.   C. A. 11th Cir. Certiorari denied.

No. 85–1790.   COOPER UNION FOR THE ADVANCEMENT OF SCIENCE AND ART v. NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 2d Cir.   Certiorari denied.

No. 85–1791.   THOMAS v. WILLIS ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 85–1796.   HICKERSON v. VELSICOL CHEMICAL CORP. ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 85–1797.   MACK ET AL. v. WEINBERGER, SECRETARY OF DEFENSE, ET AL.   C. A. 2d Cir.   Certiorari denied.